# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re:

SEARS HOLDINGS CORPORATION,

                      Debtor.

-----------------------------------------------------------X

BRIAN COKE NG,

                      Appellant,                      20 **CIVIL** 3712 (KMK)

           -against-                                **JUDGMENT**

PDX, INC., *et al.*,

                      Appellees.

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2021, the Order of the Bankruptcy Court is affirmed; accordingly, this case is closed.

**Dated:** New York, New York
         March 31, 2021                                          **RUBY J. KRAJICK**

                                                                     **Clerk of Court**
                                                     **BY:**
                                                                      **Deputy Clerk**