USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **April 28, 2021**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

In Re:

SEARS HOLDINGS CORPORATION,
            Debtor.

BRIAN COKE NG

(List the full name(s) of the plaintiff(s)/petitioner(s).) Appellant,

20 CV 3712 KMK ( )

-against-

**NOTICE OF APPEAL**

PDX, INC., et al,

(List the full name(s) of the defendant(s)/respondent(s).) Appellees

Notice is hereby given that the following parties:   BRIAN COKE NG

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the ☐ judgment ☑ order entered on: **March 30, 2021**

(1). The decision in the Order had indicated in separate parts, that the Bankruptcy Court did not err in declining my reasonable accommodation due to my disability. (2). In reference to the Product Liability cause of action, in the claim for strict liability under a design defect theory and negligence against PDX, the Order had indicated in separate parts, that " because Appellant did not identify any particular problem in the design of the product," ..."his Product Liability claim was properly dismissed.". Additionally, in reference to my injuries as a result of the defective design and the negligence of PDX, the Order had indicated in separate parts, that "these injuries are not the harms typically associated with the hazards of unwarranted disclosure of health records and information"..."Nor are they part of foreseeable risk of failure to safeguard protected health information" ...Thus, Appellant's negligence claim was properly dismissed.".

(If the appeal is from an order, provide a brief description above of the decision in the order.)

**April 28, 2021**

Dated                                             Signature

**Coke Ng, Brian (Pro Se Appellant)**

Name (Last, First, MI)

Church Street Station, P.O Box 2723   **New York**   **New York**   **10008**

Address                               City           State         Zip Code

**646-820-9238**                              **briancng38@gmail.com**

Telephone Number                          E-mail Address (if available)

Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x   Case No. 20-CV-03712-KMK
BRIAN COKE NG,

                Plaintiff/Appellant,      United States Bankruptcy Court
v.      Adv. Pro. No. 19-08269 (RDD)

PDX, INC., and NATIONAL HEALTH
INFORMATION NETWORK, INC.

                Defendants/Appellees
------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I, Brian Coke Ng, hereby certify that on April 28, 2021, I caused true, complete and accurate copies of the following documents:

    1.    Appellant's Notice Of Appeal, and each and every parts to be served upon all the parties of interest on the master service list, including the following parties by causing copies of the same to be filed on the electronic filing system (CM/ECF) of the United States District Court for the Southern District of New York, which in turn sent copies of each of the foregoing to the following parties and/or their counsel:

Attorneys for Defendants PDX, Inc., and
National Health Information Network, Inc.
Kirby Aisner & Curley LLP

    I declare under penalty of perjury that the foregoing is true and correct.

New York, New York
Dated: April 28, 2021

                                                  _____
                                                  Brian Coke Ng