```
Court Name: District Court
Division: 1
Receipt Number: 465401278648
Cashier ID: Swooten
Transaction Date: 04/29/2021
Payer Name: BRIAN COKE NG
-----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: BRIAN COKE NG
 Amount:          $505.00
-----------------------------------------
CREDIT CARD
 Amt Tendered:   $505.00
-----------------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

20CV003712
```